USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC CONKLIN,<br><br>Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, STEVEN A. RAMUNNO, JUAN A. BURGOS, ELVIN A. PICHARDO, JORGE O. FLORES, GLADAMIR OCCELIN, RANDY ZERLING, and JOHN and JANE DOE 1 through 10 (the names John and Jane Doe being fictitious, as the true names are presently unknown),<br><br>Defendants. | 26-CV-04926 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff commenced this action on June 10, 2026, *see* Compl., Dkt. 1;

WHEREAS on June 10, 2026, Plaintiff requested that the Clerk of Court issue summonses as to each Defendant, *see* Dkt. 3; and

WHEREAS on June 11, 2026, electronic summonses were issued as to each Defendant, *see* Dkt. 4;

IT IS HEREBY ORDERED that, not later than **Thursday, September 10, 2026**, Plaintiff must file on the docket proof of service on each Defendant.

**SO ORDERED.**

**Date: September 8, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**